# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 9, 2006

131176

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

———————————————————————

IN RE DUSHAWN MARQUIS ROSS and
TAVONE DONALD RUFFIN, Minors.

———————————————————————

DEPARTMENT OF HUMAN SERVICES, f/k/a
FAMILY INDEPENDENCE AGENCY,
       Petitioner-Appellee,

v

ROMUNDA WILLIAMS,
       Respondent-Appellant.

SC: 131176
COA: 265277
Oakland CC
Family Division: 03-684203-NA

———————————————————————/

On order of the Court, the application for leave to appeal the April 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 9, 2006

_____
Clerk

s0606